UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-499-RJC-DCK

| | |
|---|---|
| DAVID O'NEAL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EDWARD M. WALLACE and CLEAR VIEW ) <br> VISION ARMOR, LLC, ) <br> ) <br> Defendants. ) <br> ) | **ORDER** |

**THIS MATTER** comes before the Court on Plaintiff's Notice of Bankruptcy, (Doc. No. 29), indicating that he has filed a petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina. The filing of a bankruptcy petition automatically stays all suits involving the debtor under section 362 of the United States Bankruptcy Code, and all claims become property of the newly formed bankruptcy estate and subject to the review of the Chapter 7 trustee. 11 U.S.C. § 362; see also In re Litton, 330 F.3d 636, 640 (4th Cir. 2003). Accordingly, this Court enters an **ORDER of STAY** pending the outcome of the bankruptcy proceeding. The parties are directed to inform the Court upon the conclusion of the bankruptcy proceedings. Until then, the parties are to avoid filings with the exception of reports informing the Court of the status of the bankruptcy proceedings.

**IT IS, THEREFORE, ORDERED** that this case is STAYED pending Plaintiff's bankruptcy proceedings and that the parties inform the Court upon the conclusion of the bankruptcy proceedings.

Signed: November 23, 2015

Robert J. Conrad, Jr.
United States District Judge