UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-00499-RJC-DCK

| | |
|---|---|
| DAVID O'NEAL, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>EDWARD M. WALLACE and CLEAR VIEW )<br>VISION ARMOR, LLC, )<br>)<br>**Defendants.** )<br>) | **ORDER** |

**THIS MATTER** comes before the Court on Plaintiff's Motion for Voluntary Dismissal, (Doc. No. 33), filed on June 7, 2016.

Although Plaintiff, who is proceeding pro se, simply requests that "this case be voluntarily dismissed," (Id. at 2), the Court interprets Plaintiff's Motion as one for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2).

Having reviewed the record in this case, and seeing that defendants have not filed an objection, the Court finds that good cause exists to grant Plaintiff's motion and dismiss this matter with prejudice.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Voluntary Dismissal, (Doc. No. 33), is **GRANTED** and this matter is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(2).

*[signature]*

Robert J. Conrad, Jr.
United States District Judge